STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Otha Curtis Nelson  Sr.
Nelson & Nelson
1606 Scenic Hwy.
Baton Rouge LA 70802

REHEARING ACTION: December 12, 2012

Docket Number: 12   00430-CA

LARRY ALLEN, ET AL.
VERSUS
STATE OF LA, DEPT. OF PUBLIC SAFETY & CORRECTIONS, ET AL.

Appealed from Avoyelles Parish Case No. 2009-4146-B

BEFORE JUDGES:

　　Hon. John D. Saunders
　　Hon. Marc T. Amy
　　Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Allen, et al.** has this day been

　　**DENIED.**

cc: James Earl Calhoun, Counsel for the Appellee
　　Victoria R. Murry, Counsel for the Appellee
　　Leanne Broussard, Counsel for the Appellee
　　Daniel G. Brenner, Counsel for the Appellee
　　R. Preston Mansour, Jr., Counsel for the Appellee